UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| R. ALEXANDER ACOSTA,<br>Secretary of Labor,<br>United States Department of Labor, | )<br>)<br>) | FILE NO. 7:16-cv-00293-D |
| Plaintiff, | )<br>)<br>) | |
| v. | )<br>) | |
| HURRICANE ALLEY, LLC; DIVER DOWN,<br>LLC; and DAVID COLE, an Individual, | )<br>)<br>)<br>) | |
| Defendants. | )<br>) | |

## **CONSENT JUDGMENT**

This Consent Judgment resolves a civil action filed in this Court by R. Alexander Acosta, Secretary of Labor, U.S. Department of Labor (hereinafter "the Secretary") to enforce the provisions of Sections 6 and 7 of the Fair Labor Standards Act of 1938, as amended (hereinafter "the FLSA" or "the Act"), 29 U.S.C. §§ 206 and 207, against Hurricane Alley, LLC, Diver Down, LLC, and David Cole. It is, therefore,

ORDERED, ADJUDGED and DECREED that Defendants Hurricane Alley, LLC, Diver Down, LLC, and David Cole (hereinafter "Defendants"), their agents, servants, employees, and all persons in active concert or participation with them who receive actual notice hereof, are permanently enjoined from violating the provisions of the FLSA in any of the following manners:

**Exhibit A**

1. They shall not, contrary to §§ 6 and 15(a)(2) of the Act, 29 U.S.C. §§ 206 and 215(a)(2), pay any employee who is engaged in commerce or in the production of goods for commerce, or who is employed in an enterprise engaged in commerce or in the production of goods for commerce, within the meaning of the Act, wages at a rate less than the applicable minimum hourly rate prescribed by said § 6 as now in effect or which hereafter may be made applicable by amendment thereto.

2. They shall not, contrary to §§ 7 and 15(a)(2) of the FLSA, 29 U.S.C. §§ 207 and 215(a)(2), employ any employee in commerce or in the production of goods for commerce, or in an enterprise engaged in commerce or in the production of goods for commerce, within the meaning of the Act, for more than 40 hours in a workweek unless such employee is compensated for such hours in excess of 40 at an overtime rate of at least one and one-half times the regular rate at which such employee is employed, unless such employee qualifies for an exemption from overtime pursuant the applicable provision of the statute.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that:

3. Plaintiff shall recover from Defendants back wages in the total amount of $40,000 in back wages, plus $555.02 in interest, due employees for the periods of employment and in the amounts indicated with respect to each, as set forth on Schedule "A" attached hereto. The private rights, under the Act, of any employee of Defendants not named or for periods not stated in said Schedule "A" shall not be terminated or otherwise adversely affected by this proceeding. To comply with this provision of this Order, Defendants shall deliver to the Plaintiff separate cashier's or certified checks, or money orders payable to "Wage and Hour Division--Labor" according to the payment schedule listed on Schedule "B". Payments shall be made to:

>Wage and Hour Division--Labor
>U.S. Department of Labor

Wage and Hour Division
61 Forsyth Street, Room 7M40
Atlanta, GA 30303

Plaintiff, thereupon, shall distribute the proceeds of such checks, less deductions for federal income taxes and employee contributions to F.I.C.A., as required by law, to the named employees, or to their personal representatives, and any amounts not so distributed by the Plaintiff within the period of three (3) years after date of this Judgment, because of inability to locate the proper persons or because of such persons' refusals to accept such sums, shall be deposited into the Treasury of the United States as miscellaneous receipts. Defendants shall remain responsible for the employer's share of F.I.C.A. arising from or related to the back wages paid hereunder.

In the event of default of a period of 15 days or more by the Defendants in the payment of any of the above-recited installments or the installments listed on Schedule "B", the total balance then remaining unpaid shall become due and payable immediately, with no further notice or demand required, and post judgment interest shall be assessed against such remaining unpaid balance, in accordance with 28 U.S.C. § 1961, from the date hereof until paid in full.

The parties acknowledge and agree that this Consent Judgment and the parties' respective signatures on this Consent Judgment are not and shall not be construed as an admission or acknowledgement of any fault or wrongdoing of any kind on the part of Defendants.

Each party shall bear such other of its own attorney's fees and expenses incurred by such party in connection with any stage of this case, including but not limited to, attorney's fees which may be available under the Equal Access to Justice Act, as amended.

SO ORDERED. This 11 day of March 2019.

                                              JAMES C. DEVER III
                                              United States District Judge

| Defendants consent to entry of the foregoing Judgment: | Plaintiff moves for entry of the foregoing Judgment: |
|---|---|
| HURRICANE ALLEY, LLC | KATE S. O'SCANNLAIN<br>Solicitor of Labor |
| By: /s/*Joshua M. Krasner*<br>JOSHUA M. KRASNER<br>Attorney | STANLEY E. KEEN<br>Regional Solicitor |
| DATE: March 8, 2019 | ROBERT L. WALTER<br>Counsel |
| | By/s/*Kristin R. Murphy*<br>KRISTIN R. MURPHY |
| DIVER DOWN, LLC | Office of the Solicitor<br>U. S. Department of Labor |
| By: /s/*Joshua M Krasner*<br>JOSHUA M. KRASNER<br>Attorney | 61 Forsyth Street, S.W.<br>Room 7T10<br>Atlanta, Georgia 30303 |
| DATE: March 8, 2019 | (404) 302-5435<br>Murphy.kristin.r@dol.gov<br>ATL.FEDCOURT@dol.gov |
| DAVID COLE | Attorneys for Plaintiff |
| By: /s/*Joshua M. Krasner*<br>JOSHUA M. KRASNER<br>Attorney | DATE: March 8, 2019 |
| Barrett Law Offices, PLLC<br>5 W. Hargett Street, Suite 910<br>Raleigh, NC 27601<br>T: 919-928-5223<br>F: 919-999-2711<br>jkrasner@barrettlawoffices.com | |
| SOL Case No. 16-00618 | |

Schedule A to Consent Judgment

| First Name | Last Name | BWs Due | Violation Begin Date | Violation End Date |
|---|---|---|---|---|
| CHAD | BAILEY | $1,192.80 | 6/30/2014 | 1/11/2015 |
| JEAN | CAITLIN | $279.53 | 6/30/2014 | 1/11/2015 |
| NICK | CAMPBELL | $209.29 | 6/8/2014 | 7/6/2014 |
| SHANE | CASSELL | $571.49 | 5/11/2014 | 12/21/2014 |
| GIGI | CFILSEILI | $284.47 | 6/30/2014 | 1/11/2015 |
| JOHN | GROSS | $1,254.81 | 1/12/2014 | 1/4/2015 |
| BETH | HAMILTON | $522.75 | 3/16/2014 | 5/11/2014 |
| KEN | HAYES | $3,842.43 | 4/27/2014 | 1/4/2015 |
| REED | HAYES | $180.45 | 3/16/2014 | 4/19/2014 |
| LAUREN | MANSFIELD | $191.70 | 6/30/2014 | 1/11/2015 |
| BRITTANY | MATEIL | $197.55 | 4/20/2014 | 8/3/2014 |
| MELISA | MCINTOSH | $801.33 | 3/30/2014 | 6/8/2014 |
| AMBER | MICHELL | $3,579.55 | 1/12/2014 | 1/4/2015 |
| TREVOR | MOSS | $221.33 | 3/16/2014 | 8/10/2014 |
| KIRBY | MURPHY | $1,059.16 | 2/2/2014 | 12/28/2014 |
| MICHAEL | O'NEIL | $19.78 | 5/12/2014 | 5/18/2014 |
| SARA | O'ROURKE | $1,828.78 | 4/20/2014 | 11/9/2014 |
| NOELLE | SCOTT | $4,085.37 | 5/11/2014 | 10/5/2014 |
| DEX | SHORTER | $1,288.41 | 1/26/2014 | 1/11/2015 |
| MANDY | UTICONE | $1,689.20 | 1/12/2014 | 12/14/2014 |
| ANGELA | VAUGHN | $81.60 | 6/30/2014 | 1/11/2015 |
| BRIDGETTE | WOLF | $157.06 | 11/16/2014 | 12/21/2014 |
| JONHN | PULLI | $14.87 | 4/21/2014 | 4/27/2014 |
| NATALIE | ANDREWS | $19.10 | 6/23/2014 | 6/29/2014 |
| DAVE | SEATON | $548.36 | 6/23/2014 | 1/11/2015 |
| LAURA | LEDFORD | $6,781.63 | 1/12/2014 | 1/4/2015 |
| RYAN | EDMISTER | $1,596.39 | 5/4/2014 | 10/12/2014 |
| JEREMY | JARELL | $946.90 | 6/1/2014 | 10/5/2014 |
| ELIZABETH | DURA | $5,952.15 | 1/12/2014 | 1/11/2015 |
| SARAH | GILBERT | $601.76 | 5/11/2014 | 8/3/2014 |
| | | $40,000.00 | | |

Schedule B to Consent Judgment

| Payment No. | Date Due | Amount Due | Interest Due | Total Due |
|---|---|---|---|---|
| Initial Payment | 4/15/2019 | $4,000.00 | $0 | $4,000.00 |
| 1 | 05/15/2019 | $1,000.00 | $1.54 | $1,001.54 |
| 2 | 06/15/2019 | $1,000.00 | $2.48 | $1,002.48 |
| 3 | 07/15/2019 | $1,000.00 | $3.74 | $1,003.74 |
| 4 | 08/15/2019 | $1,000.00 | $0.92 | $1,000.92 |
| 5 | 09/15/2019 | $1,000.00 | $5.31 | $1,005.31 |
| 6 | 10/15/2019 | $1,000.00 | $6.74 | $1,006.74 |
| 7 | 11/15/2019 | $1,000.00 | $9.85 | $1,009.85 |
| 8 | 12/15/2019 | $1,000.00 | $1.03 | $1,001.03 |
| 9 | 01/15/2020 | $1,000.00 | $12.87 | $1,012.87 |
| 10 | 02/15/2020 | $1,000.00 | $16.02 | $1,016.02 |
| 11 | 03/15/2020 | $1,000.00 | $1.47 | $1,001.47 |
| 12 | 04/15/2020 | $1,000.00 | $36.43 | $1,036.43 |
| 13 | 05/15/2020 | $1,000.00 | $2.78 | $1,002.78 |
| 14 | 06/15/2020 | $1,000.00 | $1.95 | $1,001.95 |
| 15 | 07/15/2020 | $1,000.00 | $1.12 | $1,001.12 |
| 16 | 08/15/2020 | $1,000.00 | $51.51 | $1,051.51 |
| 17 | 09/15/2020 | $1,000.00 | $2.65 | $1,002.65 |
| 18 | 10/15/2020 | $1,000.00 | $1.82 | $1,001.82 |
| 19 | 11/15/2020 | $1,000.00 | $0.98 | $1,000.98 |
| 20 | 12/15/2020 | $1,000.00 | $68.24 | $1,068.24 |
| 21 | 01/15/2021 | $1,000.00 | $2.72 | $1,002.72 |
| 22 | 02/15/2021 | $1,000.00 | $1.89 | $1,001.89 |
| 23 | 03/15/2021 | $1,000.00 | $1.06 | $1,001.06 |
| 24 | 04/15/2021 | $1,000.00 | $119.26 | $1,119.26 |
| 25 | 05/15/2021 | $1,000.00 | $4.35 | $1,004.35 |
| 26 | 06/15/2021 | $1,000.00 | $3.52 | $1,003.52 |
| 27 | 07/15/2021 | $1,000.00 | $2.68 | $1,002.68 |
| 28 | 08/15/2021 | $1,000.00 | $1.85 | $1,001.85 |
| 29 | 09/15/2021 | $1,000.00 | $1.02 | $1,001.02 |
| 30 | 10/15/2021 | $1,000.00 | $169.72 | $1,169.72 |
| 31 | 11/15/2021 | $1,000.00 | $5.00 | $1,005.00 |
| 32 | 12/15/2021 | $1,000.00 | $4.17 | $1,004.17 |
| 33 | 01/15/2022 | $1,000.00 | $3.33 | $1,003.33 |
| 34 | 02/15/2022 | $1,000.00 | $2.50 | $1,002.50 |
| 35 | 03/15/2022 | $1,000.00 | $1.67 | $1,001.67 |
| 36 | 04/15/2022 | $1,000.00 | $0.83 | $1,008.83 |
| **Total** | | **$36,000.00** | **$555.02** | **$40,555.02** |